| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Mary King Alexander** | Social Security number or ITIN   xxx–xx–4063 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Eastern District of Virginia** | | Date case filed for chapter  **13   November 17, 2016** |
| Case number:   **16–35652–KRH** | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

12/15

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Mary King Alexander | | |
| 2. | **All other names used in the last 8 years** | | | |
| 3. | **Address** | P.O. Box 15321 Richmond, VA 23227 | | |
| 4. | **Debtor's attorney** Name and address | Patrick Thomas Keith Boleman Law Firm, PC P.O. Box 11588 Richmond, VA 23230–1588 | | Contact phone 804–358–9900 Email: ecf@bolemanlaw.com |
| 5. | **Bankruptcy trustee** Name and address | Carl M. Bates P. O. Box 1819 Richmond, VA 23218 | | Contact phone  (804) 237–6800 Email:  station01@richchap13.com |

Debtor **Mary King Alexander**                                                                                   Case number **16–35652–KRH**

| 6. **Bankruptcy clerk's office** | | **For the Court:** |
|---|---|---|
| Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 701 East Broad Street Richmond, VA 23219 | Clerk of the Bankruptcy Court: William C. Redden |
| | Hours open Monday – Friday, 9:00 AM – 4:00 PM ET, except on holidays. | Date: November 18, 2016 |
| **McVCIS 24–hour case information:** Toll Free 1–866–222–8029 | Contact phone 804–916–2400 | |

| 7. **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **January 5, 2017** at **10:00 AM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location: Office of the U.S. Trustee, 701 East Broad Street – Suite 4300, Richmond, VA 23219–1885** |
|---|---|---|

| 8. **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:** | **Filing deadline: March 6, 2017** |
|---|---|---|
| | **You must file:** • a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or • a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2)or (4). | |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: April 5, 2017** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: May 16, 2017** |
| | **Deadlines for filing proof of claim:** A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed. Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to file an Objection to a Proof of Claim** is 90 days after the deadline set forth above to file a Proof of Claim. | |
| | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

**For more information, see page 3 >**

Debtor  **Mary King Alexander**                                                                Case number **16–35652–KRH**

| | |
|---|---|
| **9. Filing of Chapter 13 Plan and Related Motions and Hearing on Confirmation** | Local Rule 3015–2 requires attorney for debtor(s) or pro se debtor(s) to serve the Chapter 13 Plan and Related Motions on creditors and interested parties. Objections must be filed not later than 7 days prior to the date set for the confirmation hearing. **If no objections are timely filed, there will be no confirmation hearing.** Timely filed objections will be heard at the confirmation hearing scheduled to be held: <br><br>**February 1, 2017 at 11:10 AM,** <br><br>Location: **Judge Huennekens – Courtroom, U. S. Bankruptcy Court, 701 E. Broad St., Rm. 5000, Richmond, VA 23219** |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. |
| **14. Local Rule Dismissal Warning** | Case may be dismissed for failure to timely file lists, schedules and statements, or to attend meeting of creditors. (Local Bankruptcy Rules 1007–1, 1007–3, and 2003–1.) Trustee may at the meeting give notice of intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rules 6004–2 and 6007–1. |
| **15. Payment of Fees for Richmond Case and Adversary Filing and Miscellaneous Requests** | Exact Change Only accepted as of February 4, 2008, for payment of fees and services. Payment may be made by non–debtor's check, money order, cashier's check or a 'not to exceed check' made payable to Clerk, U.S. Bankruptcy Court, or any authorized non–debtor's credit card. |

*Electronic bankruptcy notices are delivered faster than the U.S. Mail if you have a PC with Internet connection or a Fax machine. For more information, go to http://ebn.uscourts.gov or call, toll free: 877–837–3424. Case/docket information available on Internet @ www.vaeb.uscourts.gov)*

**ATTENTION DEBTORS:** Receive your court notices and orders by email through the DeBN. Same–day delivery. Convenient Access. Free. For more information and to download the request form, go to www.vaeb.uscourts.gov) and select the Debtor Electronic Bankruptcy Noticing link from the ATTENTION DEBTORS DeBN banner.

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                Case No. 16-35652-KRH
Mary King Alexander                                                   Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-7         User: baumgartn         Page 1 of 2         Date Rcvd: Nov 18, 2016
                            Form ID: 309I            Total Noticed: 67

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 20, 2016.
db              +Mary King Alexander,   P.O. Box 15321,   Richmond, VA 23227-5321
13658249        +Allied Cash Advance,   2312 Hungary Road,   Richmond, VA 23228-2122
13658251        +Ashro,   P.O. Box 2826,   Monroe, WI 53566-8026
13658252        +Atlantic Law Group, LLC,   att: Kathryn E. Smits,   PO Box 2548,   Leesburg, VA 20177-7754
13658255        +Brookwood Loan,   3440 Preston Ridge Rd Ste 500,   Alpharetta, GA 30005-3823
13658257        +Carl A. Eason, Esquire,   Wolcott Rivers Gates,   200 Bendix Rd, Suite 300,
                 Virginia Beach, VA 23452-1396
13658261        +Check into Cash,   7601 W Broad Street Suite E,   Henrico, VA 23294-3641
13658264         Comenity Bank/DRESSBRN,   P.O. Box 182789,   Indianapolis, IN 46218-0000
13658274         Ditronics,   7699 West Coast Road,   Las Vegas, NV 89113-0000
13658280        +FMC-Omaha Service Ctr,   PO Box 542000,   Omaha, NE 68154-8000
13658281        ++FOCUSED RECOVERY SOLUTIONS,   9701 METROPOLITAN COURT,   STE B,   RICHMOND VA 23236-3690
                 (address filed with court: Focused Recovery Solutions,   Re: Neurological Associates,
                 9701 Metropolitan Ct, Suite B,   Richmond, VA 23236-3662)
13658275         Federal National Mortgage Asso,   Fannie Mae, c/o Seterus, Inc.,   PO Box 1047,
                 Hartford, CT 06143-1047
13658276        +Fedloan Servicing,   P.O. Box 69184,   Harrisburg, PA 17106-9184
13658278        +First Savings CC,   500 E 60th ST,   Sioux Falls, SD 57104-0478
13658287        +Greenpath Debt Solutions,   36500 Corporate Dr,   Farmington, MI 48331-3553
13658288        +Henrico Federal Credit Union,   PO Box 27032,   Henrico, VA 23273-7032
13658290        +Jason Alexander,   7705 Rachael Corrine Court,   Richmond, VA 23227-2130
13658291        +Lendmark Financial Servi,   7526 West Broad Street,   Henrico, VA 23294-3608
13658295        +MCV Collection Department,   Re: Bankruptcy,   PO Box 980462,   Richmond, VA 23298-0462
13658293         Mariner Finance,   7445 Lee Davis Hwy,   Suite 106,   Nottingham, MD 21236-0000
13658294        +MaxLend,   PO Box 639,   Parshall, ND 58770-0639
13658296        +Natl Tire & BT/CBSD,   P.O. Box 6497,   Sioux Falls, SD 57117-6497
13658298        +Neurological Associates, Inc.,   7301 Forest Avenue,   Suite 300,   Richmond, VA 23226-3792
13658299         OrthoVirginia,   P.O. Box 35725,   Richmond, VA 23235-0725
13658300         Richmond Emergency Physicians,   PO Box 79013,   Baltimore, MD 21279-0013
13658301        +Schlee & Stillman, LLC,   30057 Orchard Lake Road,   Suite 200,   Farmington, MI 48334-2265
13658302        +Seterus Inc.,   8501 IBM Dr,   Bldg 201, Services Inc,   Charlotte, NC 28262-4333
13658304         St. Mary's Hospital,   Attn: Bankruptcy Dept,   P.O. Box 100767,   Atlanta, GA 30384-0767
13658305         SunTrust Mortgage,   Attn: Bankruptcy Dept.,   PO Box 27767,   Richmond, VA 23261-7767

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty              E-mail/Text: ecf@bolemanlaw.com Nov 19 2016 02:33:14    Patrick Thomas Keith,
                 Boleman Law Firm, PC,   P.O. Box 11588,   Richmond, VA 23230-1588
tr              +E-mail/Text: station01@richchap13.com Nov 19 2016 02:33:51    Carl M. Bates,   P. O. Box 1819,
                 Richmond, VA 23218-1819
13658249        +EDI: ALLIEDCASH.COM Nov 19 2016 02:18:00    Allied Cash Advance,   2312 Hungary Road,
                 Richmond, VA 23228-2122
13658250        +EDI: GMACFS.COM Nov 19 2016 02:18:00    Ally Financial,   Re: Bankruptcy,   PO Box 380901,
                 Minneapolis, MN 55438-0901
13658253        +E-mail/Text: bk@avantcredit.com Nov 19 2016 02:34:36    AvantCredit of Virginia LLC,
                 640 N. La Salle Dr.,Suite 535,   Chicago, IL 60654-3731
13658254         EDI: BANKAMER.COM Nov 19 2016 02:18:00    Bank of America,   1100 North King Street,
                 Wilmington, DE 19884-2211
13658256         EDI: CAPITALONE.COM Nov 19 2016 02:18:00    Capital One,   PO Box 71083,
                 Charlotte, NC 28272-1083
13658258        +E-mail/Text: cpsqa_usbankruptcy@cashnetusa.com Nov 19 2016 02:33:23    CashNetUSA,
                 200 West Jackson,   Suite 1400,   Chicago, IL 60606-6929
13658259         EDI: CHASE.COM Nov 19 2016 02:18:00    Chase Bank USA,   PO Box 15145,
                 Wilmington, DE 19850-5145
13658260        +E-mail/Text: heatherg@checkcity.com Nov 19 2016 02:33:31    Check City,   Re: Bankruptcy,
                 6001 West Broad Street,   Richmond, VA 23230-2221
13658262        +EDI: CITICORP.COM Nov 19 2016 02:18:00    CitiCards CBNA,   701 E 60th Street N,
                 Sioux Falls, SD 57104-0432
13658263         EDI: WFNNB.COM Nov 19 2016 02:18:00    Comenity Bank/ASHSTWRT,   P.O. Box 18289,
                 Columbus, OH 43218-2789
13658265        +EDI: WFNNB.COM Nov 19 2016 02:18:00    Comenity Bank/HSN,   PO Box 182120,
                 Columbus, OH 43218-2120
13658266        +EDI: WFNNB.COM Nov 19 2016 02:18:00    Comenity Bank/NWYRK&Co,   PO Box 182789,
                 Columbus, OH 43218-2789
13658267        +EDI: WFNNB.COM Nov 19 2016 02:18:00    Comenity Bank/Peebles,   P.O. Box 182789,
                 Columbus, OH 43218-2789
13658268        +EDI: WFNNB.COM Nov 19 2016 02:18:00    Comenity Bank/VALCTYFR,   P.O. Box 182789,
                 Columbus, OH 43218-2789
13658269        +EDI: WFNNB.COM Nov 19 2016 02:18:00    Comenity bank/VCTRSSEC,   P.O. Box 182789,
                 Columbus, OH 43218-2789
13658270        +E-mail/Text: bkr@taxva.com Nov 19 2016 02:34:33    Commonwealth of Virginia,
                 Dept of Tax/Legal Unit,   PO Box 2156,   Richmond, VA 23218-2156
13658271         E-mail/Text: bankruptcy@co.henrico.va.us Nov 19 2016 02:34:27    County of Henrico,
                 Treasury Division,   P.O. Box 90775,   Henrico, VA 23273-0775

```
District/off: 0422-7          User: baumgartn          Page 2 of 2          Date Rcvd: Nov 18, 2016
                             Form ID: 309I             Total Noticed: 67
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13658272          EDI: CRFRSTNA.COM Nov 19 2016 02:18:00       Credit First,   6275 Eastland Road,
                  Brook Park, OH 44142-1399
13658273          EDI: RCSFNBMARIN.COM Nov 19 2016 02:18:00       Credit One Bank,   PO Box 60500,
                  City Of Industry, CA 91716-0500
13658277          EDI: CRFRSTNA.COM Nov 19 2016 02:18:00       Firestone,   Attn: Bankruptcy Dept.,   PO Box 81344,
                  Cleveland, OH 44188-0344
13658279         +Fax: 614-760-4092 Nov 19 2016 02:43:58       First Virginia,   4503 W. Broad St.,
                  Richmond, VA 23230-3203
13658282         +EDI: RMSC.COM Nov 19 2016 02:18:00       GECRB/JCP,   Re: Bankruptcy,   PO Box 103104,
                  Roswell, GA 30076-9104
13658283          EDI: RMSC.COM Nov 19 2016 02:18:00       GECRB/Lowes,   P.O. Box 965005,   Orlando, FL 32896-5005
13658284         +EDI: RMSC.COM Nov 19 2016 02:18:00       GECRB/Sam's,   Attn: Bankruptcy Department,
                  PO Box 103104,   Roswell, GA 30076-9104
13658285         +EDI: RMSC.COM Nov 19 2016 02:18:00       GECRB/Wal Mart,   PO BOX 276,   Mail code OH 3-4258,
                  Dayton, OH 45401-0276
13658286          E-mail/Text: check.bksupport@globalpay.com Nov 19 2016 02:33:25       Global Payments,
                  RE:  Bankruptcy,   6215 West Howard Street,   Niles, IL 60714-0000
13658289          EDI: IRS.COM Nov 19 2016 02:18:00       Internal Revenue Service,   P.O. Box 7346,
                  Philadelphia, PA 19101-7346
13658292         +EDI: TSYS2.COM Nov 19 2016 02:18:00       Macy's/DSNB,   P.O. Box 8218,   Mason, OH 45040-8218
13658297         +E-mail/Text: Bankruptcy_3rdParty_Team@cashnetusa.com Nov 19 2016 02:34:44       NetCredit,
                  200 West Jackson Blvd.,   Suite 2400,   Chicago, IL 60606-6941
13658248         +E-mail/Text: ustpregion04.rh.ecf@usdoj.gov Nov 19 2016 02:33:54       Office of the US Trustee,
                  701 E. Broad Street,   Room 4304,   Richmond, VA 23219-1885
13658303          EDI: AGFINANCE.COM Nov 19 2016 02:18:00       Springleaf Financial Services,
                  7007 Mechanicsville Tpke #103,   Mechanicsville, VA 23111-0000
13658306          EDI: RMSC.COM Nov 19 2016 02:18:00       Synchrony Bank,   Recovery Management,
                  25 SE 2nd Ave., Suite 1120,   Miami, FL 33131-1605
13658307         +EDI: WTRRNBANK.COM Nov 19 2016 02:18:00       TD Bank USA/Targetcredit,   P.O. Box 673,
                  Minneapolis, MN 55440-0673
13658308          EDI: USAA.COM Nov 19 2016 02:18:00       USAA Credit Card Services,   P.O. Box 14050,
                  Las Vegas, NV 89114-4050
13658309         +EDI: WFNNB.COM Nov 19 2016 02:18:00       Value City Furniture,   Re: Bankruptcy,
                  P.O Box 659704,   San Antonio, TX 78265-9704
13658310          EDI: VERIZONEAST.COM Nov 19 2016 02:18:00       Verizon,   500 Technology Drive,   Suite 550,
                  Saint Charles, MO 63304-2225
13658311          EDI: WFFC.COM Nov 19 2016 02:18:00       Wells Fargo,   P.O. Box 11701,   Newark, NJ 07101-4701
                                                                                                  TOTAL: 39
```

```
          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2016                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 18, 2016 at the address(es) listed below:
```
          Carl M. Bates    station01@richchap13.com,
          station10@richchap13.com;station03@richchap13.com;station07@richchap13.com;station06@richchap13.c
          om
          Patrick Thomas Keith    on behalf of Debtor Mary King  Alexander ecf@bolemanlaw.com,
          ecfbackup@bolemanlaw.com
                                                                                  TOTAL: 2
```